**Javan JOLLY, Plaintiff–Appellant,**

v.

**Herb JACKSON, Assistant Superintendent; Don Edwards, Lieutenant; Kenneth Diggs, Sergeant; James Oycus, Officer; Larry Beal, Officer; Jerlin Bennett, Case Manager; KORY Darylmple, Case Manager, Defendants–Appellees.**

No. 02–6854.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 6, 2002.

Javan Jolly, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Javan Jolly, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Jolly v. Jackson,* No. CA–02–189–3–02–MU (W.D.N.C. filed May 15, 2002 & entered May 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*